HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR 97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **JANET LYNN THOMSON,** | Case No. 1:19-cv-01790-BR |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| Defendant. | |

Attorney fees in the amount of $16,500 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703. In accordance with the fee

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 15th day of August, 2022.

_____
United States Senior District Judge

Submitted on August 12, 2022
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff